IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CT-3071-F

PHILLIP IRVING )
        Plaintiff, )
        )
    v. ) **ORDER EXTENDING TIME**
        )
THE GEO GROUP, INC., et al )
        Defendants. )

It is hereby ordered that the GEO Defendants' Motion to Extend the Discovery Period is GRANTED.

The Order on Scheduling is hereby amended and the deadline for conducting discovery and for filing motions is extended 61 days, through and including June 20, 2011.

This 26th day of April, 2011.

WILLIAM A. WEBB
US MAGISTRATE JUDGE