UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CT-3071-F

| | | |
|---|---|---|
| PHILLIP IRVING, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| THE GEO GROUP, INC.; et al., | ) | |
|     Defendants. | ) | |

For good cause shown, The GEO defendants' Motion to Stay [DE-41] is ALLOWED. It is ORDERED that the above-captioned action hereby is STAYED pending this court's ruling on the motions outstanding as of this date.

Upon resolution of currently pending motions, an order will be entered lifting the stay and directing the Magistrate Judge to enter such other and further orders as necessary at that time.

SO ORDERED.

This, the 30th day of June, 2011.

                                                    JAMES C. FOX
                                                    Senior United States District Judge